USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Shana L. Brown,

        Plaintiff,

    —v—

Samuel Richer-Guinard and Government
Employees Insurance Company,

        Defendants.

---

19-cv-5914 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pretrial conference currently scheduled for July 10, 2020 is hereby adjourned

*sine die.*

    SO ORDERED.

Dated: July 9, 2020
    New York, New York

_____
    ALISON J. NATHAN
    United States District Judge