USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shana L. Brown,

        Plaintiff,

–v–

Samuel Richer-Guinard, *et al.*,

        Defendants.

19-cv-5914 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the Court's April 5, 2021 Order extending the discovery deadlines in this case (Dkt. No. 34), the post-discovery conference scheduled for May 21, 2021, is adjourned to July 2, 2021, at 3:15 p.m.

SO ORDERED.

Dated: May 10, 2021
      New York, New York

                                          ALISON J. NATHAN
                                       United States District Judge