USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shana L. Brown,

        Plaintiff,

–v–

Samuel Richer-Guinard,

        Defendant.

19-cv-5914 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Consistent with the discussion during the conference held today, July 2, 2021, it is

ORDERED that:

1. The deadline for the close of all discovery, including expert discovery, is extended to August 31, 2021.

2. The parties shall file a stipulation as to the timeliness of any jury demand within two weeks.

3. By September 17, 2021, the parties shall file a letter informing the Court of the status of settlement discussions and indicating whether the parties wish the Court to refer the case to the assigned Magistrate Judge for settlement or to the District's mediation program.

4. By September 30, 2021, the parties shall file any motions for summary judgment or a letter informing the Court that no summary judgment motions will be filed. The parties shall have thirty days to oppose any motion for summary judgment and two weeks to reply in support of any motion for summary judgment.

Following the deadline for summary judgment motions, if no motions are filed, the Court will set another status conference to discuss trial scheduling.

SO ORDERED.

Dated: July 2, 2021
      New York, New York

                                  ALISON J. NATHAN
                                United States District Judge